**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph F. Zimmerman Jr.　　　　　　　　　CHAPTER 13
　　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 23-11023 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


/s/
PA Eastern BK
16 Jul 2024, 16:46:56, EDT

　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　(215) 627-1322

Document ID: f29d4bdf20c3cb5c38ff7b52fe4056bb2be21fc013986486faa4ce6266cf4372