Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
Chapter 13 Case No. 23-11023-AMC

Joseph F. Zimmerman, Jr.  
31 Easter Lane  
Levittown  PA    19054

Petition Filed Date: 04/07/2023  
341 Hearing Date: 06/16/2023  
Confirmation Date: 11/15/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2023 | $400.00 | | 09/13/2023 | $400.00 | | 10/16/2023 | $517.00 | |
| 11/15/2023 | $517.00 | | 12/19/2023 | $517.00 | | 01/22/2024 | $517.00 | |
| 03/13/2024 | $517.00 | | 04/19/2024 | $517.00 | | 05/20/2024 | $517.00 | |
| 06/25/2024 | $517.00 | | 07/23/2024 | $517.00 | | | | |

**Total Receipts for the Period: $5,453.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,170.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $4,700.00 | $4,700.00 | $0.00 |
| 1 | EDUCATIONAL CREDIT MGMT CORP<br>»» 001 | Unsecured Creditors | $9,958.81 | $0.00 | $9,958.81 |
| 2 | NEWREZ LLC  D/B/A<br>»» 002 | Mortgage Arrears | $22,661.86 | $1,307.70 | $21,354.16 |

# SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,170.00 | Current Monthly Payment: | $517.00 |
| Paid to Claims: | $6,007.70 | Arrearages: | $517.00 |
| Paid to Trustee: | $697.00 | Total Plan Base: | $30,435.00 |
| Funds on Hand: | $465.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.