## U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re   JOSEPH F. ZIMMERMAN JR.   :   CHAPTER 13
                                 :
Debtor(s)                        :   BANKRUPTCY NO. 23-11023

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Joseph F. Zimmerman, Jr., by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by **US Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for VRMTG Asse Trust** on July 2, 2025. Debtors believe they can become current on all post-petition payments due under the November 18, 2024 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: July 11, 2025