*Form 167* (1/25)–doc 56 – 55

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Joseph F. Zimmerman Jr. | )<br>) | Case No. 23–11023–amc |
| Debtor(s). | )<br>)<br>)<br>)<br>) | Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default by Creditor US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust Filed by Joseph F. Zimmerman Jr.

on: 8/6/25

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107


Date: July 14, 2025                                                                                   For The Court

                                                                                                      Timothy B. McGrath
                                                                                                      Clerk of Court