# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | JOSEPH F. ZIMMERMAN, JR. : | CHAPTER 13 |
| | : | |
| | **Debtor** : | BANKRUPTCY NO. 23-11023 |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Objection to Certification of Default, docket number 55, filed by YOUNG, MARR & ASSOCIATES.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: August 5, 2025