| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-11023-AMC

Joseph F. Zimmerman, Jr.  
31 Easter Lane  
Levittown  PA    19054

Petition Filed Date: 04/07/2023  
341 Hearing Date: 06/16/2023  
Confirmation Date: 11/15/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/19/2024 | $517.00 | | 09/17/2024 | $517.00 | | 10/16/2024 | $517.00 | |
| 11/15/2024 | $517.00 | | 12/19/2024 | $517.00 | | 01/28/2025 | $517.00 | |
| 03/06/2025 | $517.00 | | 03/19/2025 | $517.00 | | 04/16/2025 | $517.00 | |
| 05/15/2025 | $517.00 | | 06/12/2025 | $517.00 | | | | |

**Total Receipts for the Period: $5,687.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,340.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $4,700.00 | $4,700.00 | $0.00 |
| 1 | EDUCATIONAL CREDIT MGMT CORP<br>»»  001 | Unsecured Creditors | $9,958.81 | $0.00 | $9,958.81 |
| 2 | NEWREZ LLC  D/B/A<br>»»  002 | Mortgage Arrears | $22,661.86 | $6,526.80 | $16,135.06 |

**Chapter 13 Case No. 23-11023-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,340.00 | Current Monthly Payment: | $517.00 |
| Paid to Claims: | $11,226.80 | Arrearages: | $1,551.00 |
| Paid to Trustee: | $1,113.20 | Total Plan Base: | $30,435.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.