United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 23-11023-amc
Joseph F. Zimmerman, Jr.     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3
Date Rcvd: Sep 18, 2025    Form ID: pdf900    Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph F. Zimmerman, Jr., 31 Easter Lane, Levittown, PA 19054-3201 |
| 14772172 | + | Beneficial Mutual Savings, 530 Walnut St, Philadelphia, PA 19106-3624 |
| 14772171 | + | Beneficial Mutual Savings, Beneficial Mutual Savings, 530 Walnut St., Attn: Bankruptcy, Philadelphia, PA 19106-3624 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 19 2025 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2025 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 19 2025 00:22:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14772170 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 19 2025 00:22:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14772173 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 19 2025 00:23:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14772174 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 19 2025 00:23:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 14772175 | + | Email/Text: EBNBKNOT@ford.com | Sep 19 2025 00:23:00 | Ford Motor Credit, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 14772176 | + | Email/Text: EBNBKNOT@ford.com | Sep 19 2025 00:23:00 | Lincoln Automotive Financial Service, Po Box Box 542000, Omaha, NE 68154-8000 |
| 14772178 | | Email/Text: EBN@Mohela.com | Sep 19 2025 00:22:00 | MOHELA, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14772177 | | Email/Text: EBN@Mohela.com | Sep 19 2025 00:22:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14774430 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 19 2025 00:23:00 | MOHELA/Educational Credit Management Corporation, PO Box 16408, St Paul MN 55116-0408 |
| 14772179 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2025 00:22:00 | PNC Bank, B6-YM07-01-7, PO Box 1820, Dayton, OH 45401-1820 |
| 14772181 | ^ | MEBN | Sep 19 2025 00:14:20 | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 14772180 | ^ | MEBN | Sep 19 2025 00:14:12 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |

Case 23-11023-amc  Doc 67  Filed 09/20/25  Entered 09/21/25 00:37:42  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: pdf900 | Total Noticed: 20 |

| 14774389 | + Email/Text: RASEBN@raslg.com | Sep 19 2025 00:22:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
|---|---|---|---|
| 14907600 | ^ MEBN | Sep 19 2025 00:14:14 | US Bank Trust National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14789041 | Email/Text: mtgbk@shellpointmtg.com | Sep 19 2025 00:22:00 | US Bank Trust National Association, et al, c/o NewRez LLC dba Shellpoint Mortgage S, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14772182 | | Zachary Zimmerman |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 20, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:

**Name** — **Email Address**

BRIAN E. CAINE
on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

DENISE ELIZABETH CARLON
on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com

MATTHEW K. FISSEL
on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN
on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

PAUL H. YOUNG
on behalf of Debtor Joseph F. Zimmerman Jr. support@ymalaw.com, ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

District/off: 0313-2　　　　　　　　　　　　User: admin　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Sep 18, 2025　　　　　　　　　Form ID: pdf900　　　　　　　　　Total Noticed: 20

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                          Chapter 13
    Joseph F. Zimmerman, Jr.
                                                            Bankruptcy No. 23-11023-AMC

    Debtor

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 18, 2025**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE